# United States Court of Appeals
## For the First Circuit

No. 01-1741

RICARDO F. VELÁSQUEZ,
SUSANA D. GRANADOS-URIZAR,
ELUVIA R. GRANADOS-URIZAR,

Petitioners,

v.

JOHN ASHCROFT, ATTORNEY GENERAL OF
THE UNITED STATES,

Respondent.

ERRATA SHEET

The opinion of this Court issued on August 29, 2003 is amended as follows:

At page 7, line 5, delete "by direct evidence".

At page 7, line 8, delete "id.".

At page 7, line 9, replace "'credible, direct and specific evidence'" with "specific evidence".

At page 7, lines 10-11, replace "Ravindran v. INS, 976 F.2d 754, 758 (1st Cir. 1992)(internal quotations and citations omitted)." with "Id.".

At page 8, line 4, replace "'credible, direct and specific evidence'" with "specific evidence".